UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| IONE ESTER BROKAW, and ) | Case No. 07-20137-659 |
| LEONARD RAYMOND BROKAW ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | **Adversary No. 10-2013-659** |
| FREDRICH J. CRUSE, CHAPTER 7 TRUSTEE, ) | |
| ) | **PUBLISHED** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| IONE ESTER BROKAW, and ) | |
| SETH D. SHUMAKER ) | |
| | |
| Defendants. | |

**O R D E R**

The matter before the Court is Chapter 7 Trustee's Complaint for Preliminary and Permanent Injunction, Defendants' Amended Answer and Amended Response to Plaintiff's Complaint for Preliminary and Permanent Injunction, Memorandum of Law in Support of Complaint for Permanent Injunction and Defendants' Memorandum in Opposition to Plaintiff's Complaint for Preliminary and Permanent Injunction. Upon consideration of the record as a whole, and consistent with the Findings of Facts and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Chapter 7 Trustee's request for Permanent Injunction is **GRANTED** and judgment is entered in favor of Chapter 7 Trustee and against Defendants Debtor Ione Ester Brokaw and Seth Shumaker, in that Defendants Ione Ester Brokaw and Seth D. Shumaker are permanently enjoined from collecting or enforcing the Default Judgment in the Personal Injury Lawsuit, and

**IT IS FURTHER ORDERED THAT** Defendants Ione Ester Brokaw and Seth D. Shumaker shall release and dismiss all pending actions to enforce the Default Judgment in the Personal Injury Lawsuit; and this is the final judgment and order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  April 11, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Ione and Leonard Brokaw
10478 Leopard Avenue
La Plata, MO 63549

Seth D. Shumaker
716 South Baltimore
Kirksville, MO 63501

Fredrich J. Cruse
The Cruse Law Firm PC
PO Box 914
Hannibal, MO 63401

Danieal H Miller
Danieal H. Miller, PC
720 W. Sexton Road
Columbia, MO 65203